No. 95. *In re* THE APPEAL OF THE TREASURER OF THE TER-RITORY OF HAWAII FROM THE RULING OF THE AUDITOR. Submitted April 4, 1904. Decided April 6, 1904. The Auditor moves to dismiss the appeal on the grounds that there is not that "difference of opinion" between the parties referred to in Section 16 of the Audit Act necessary to authorize the appeal and that the Treasurer is not a "party aggrieved" or "concerned" within the meaning of that Section. *Per Curiam.* The motion is denied. *E. C. Peters,* Deputy Attorney General, for movant. *Kinney, McClanahan & Cooper, contra.*